**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **T.J., a minor, by and through his parents and natural guardians, A.J. and H.J.,** | : | **CIVIL ACTION** |
| **Plaintiffs,** | : | **NO. 2:22-cv-04123** |
| **v.** | : | |
| **TREDYFFRIN-EASTTOWN SCHOOL DISTRICT** | : | |
| **Defendant.** | : | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs with the consent of the Defendant hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice.

| | |
|---|---|
| **REISMAN GRAN ZUBA LLP**<br><br>By: Judith Gran<br>**JUDITH A. GRAN, ESQUIRE**<br>Attorney ID No. 40134<br>923 Haddonfield Road,<br>Suite 300<br>Cherry Hill, NJ 08002<br>(856) 354-0061<br>*Attorneys for Plaintiffs,*<br>*T.J., through his parents and natural guardians A.J. and H.J.* | **WISLER PEARLSTINE, LLP**<br>**By:** Michael D. Kristofco<br>**MICHAEL D. KRISTOFCO, ESQUIRE**<br>PA Bar Nos. 73148<br>460 Norristown Road, Suite 110<br>Blue Bell, PA 19422<br>(610) 825-8400<br>*Attorneys for Defendant,*<br>*Tredyffrin-Easttown School District* |

Dated: April 29, 2026

**APPROVED BY:**

**Honorable Mia Roberts Perez**
**United States District Judge**